■ ERVIN JOHNSON, Appellant, v BANNER INTERNATIONAL CORP., Respondent, et al., Defendant. [999 NYS2d 894]—

Appeal from order, Supreme Court, New York County (Arlene P. Bluth, J.), entered October 11, 2013, which denied plaintiff's motion to reargue, denominated a motion to vacate, unanimously dismissed, without costs, as taken from a nonappealable paper.

Plaintiff never filed a notice of appeal from the court's March 22, 2013 order dismissing his complaint pursuant to CPLR 3126. Although denominated a motion to vacate, plaintiff's subsequent motion was, in actuality, one to reargue the prior order that had dismissed his complaint. Accordingly, the order denying plaintiff's subsequent motion is nonappealable (*see Steinhardt Group v Citicorp*, 303 AD2d 326, 326-327 [1st Dept 2003], *lv denied* 100 NY2d 506 [2003]; *Federation of Puerto Rican Orgs. of Brownsville v Mateo*, 235 AD2d 326 [1st Dept 1997], *lv dismissed* 90 NY2d 844 [1997]). If we were to review the order, we would affirm the denial of the subsequent motion, as plaintiff failed to provide a reasonable excuse for his noncompliance with the court's numerous discovery orders (*see Gibbs v St. Barnabas Hosp.*, 16 NY3d 74, 80 [2010]). Concur—Gonzalez, P.J., Acosta, Saxe, Manzanet-Daniels and Clark, JJ.